IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2014 APR 23 A 9:06

CLERK
US BANKRUPTCY
ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br>Reggie R. James,<br>    Debtor. | )<br>)<br>)<br>) |
| Thomas P. Gorman, Trustee,<br>    Appellant,<br><br>v.<br><br>Reggie R. James,<br>    Appellee. | )   1:14cv00192 (LMB/TCB)<br>)<br>)   13-14206-BFK<br>)<br>)<br>)<br>)<br>) |

ORDER

Before the Court is the parties' Joint Motion to Vacate and Remand [Dkt. No. 9]. In their joint motion, the parties advise the Court that they have agreed to settle the issue presented on appeal and request an order vacating two of the bankruptcy court's orders and remanding this matter for further proceedings before the bankruptcy court.

For good cause shown, the parties' joint motion is GRANTED IN PART and DENIED IN PART, and it is hereby

ORDERED that this matter be and is DISMISSED and REMANDED to the bankruptcy court for further proceedings, which may include vacating the two orders at issue.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18th day of April, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge